IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT LEE JORDAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-217-wmc

v.

LIZZIE TEGELS,
TERRI MARCO, and
JANE DOE,

    Defendants.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 11/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |